**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

M.L., et al.,

     Plaintiff(s),

v.

Boyd Gaming Corporation, et al.,

     Defendant(s).

Case No. 2:26-cv-01310-CDS-NJK

**Order**

Plaintiffs initiated this case using only initials. *See* Docket No. 1 at ¶¶ 6-10. No motion for that relief has been filed. If Plaintiffs wish to proceed in this manner, they must file a proper motion practice briefing the issue by May 14, 2026.

IT IS SO ORDERED.

Dated: April 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge