**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
j.smerber@bsnv.law
Attorney for Defendant,
STATION CASINOS, LLC dba
SANTA FE STATION HOTEL AND CASINO

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| M.L. and C.L., <br><br> Plaintiffs, <br><br> v. <br><br> BOYD GAMING CORPORATION; CANNERY HOTEL AND CASINO, LLC d/b/a CANNERY CASINO & HOTEL; STATIONS CASINOS LLC d/b/a SANTA FE STATION HOTEL AND CASINO; and ROE CORPORATIONS I-X <br><br> Defendants. | CASE NO.: 2:26-cv-01310-CDS-NJK |

## STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT
### (First Request)

Plaintiffs, M.L. and C.L. and Defendants, BOYD GAMING CORPORATION; CANNERY HOTEL AND CASINO, LLC dba CANNERY CASINO & HOTEL, STATIONS CASINO, LLC dba SANTA FE STATION HOTEL AND CASINO by and through their respective counsel of record, hereby agree and stipulate as follows:

1.    On April 28, 2026 Plaintiffs filed their Complaint against Defendants.  (Doc 1).

2.      Plaintiffs served their Complaint on STATION CASINOS, LLC dba SANTA FE STATION HOTEL AND CASINO on May 6, 2026, making its responsive pleading due on May 27, 2026.

3.      Plaintiff served her Complaint on BOYD GAMING CORPORATION; CANNERY HOTEL AND CASINO, LLC dba CANNERY CASINO & HOTEL on May 8, 2026, making their responsive pleading due on May 29, 2026.

4.      The Parties hereby agree, stipulate and respectfully request that the Court extend the deadline for all currently served Defendants to file their response to Plaintiffs Complaint to June 30, 2026.

5.      The extension is necessary to provide counsel for Defendants sufficient time to review and respond to the allegations made by Plaintiffs in the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6.    This is the first stipulation for an extension of time for Defendants to respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.

*Respectfully Submitted:*

DATED this 26th day of May, 2026    DATED this 26th day of May, 2026

**BRANDON SMERBER LAW FIRM**    **THE702FIRM INJURY ATTORNEYS**

*/s/ Justin W. Smerber, Esq.*    */s/ Michael Kane*

_____    _____
**JUSTIN W. SMERBER, ESQ.**    **MICHAEL C. KANE, ESQ.**
Nevada Bar No. 10761    Nevada Bar No. 10096
139 E. Warm Springs Rd.    **BRADLEY J. MYERS, ESQ.**
Las Vegas, Nevada 89119    Nevada Bar No. 8857
Attorneys for Defendant,    **JOEL S. HENGSTLER, ESQ.**
STATION CASINOS, LLC dba    Nevada Bar No. 11597
SANTA FE STATION HOTEL AND CASINO    8335 West Flamingo Road
    Las Vegas, Nevada 89147
    Attorneys for Plaintiffs

**PISANELLI BICE, PLLC**

*/s/ Emily Buchwald, Esq.*

_____
**TODD BICE, ESQ.**
Nevada Bar No.: 4534
**EMILY BUCHWALD, ESQ.**
Nevada Bar No.: 13442
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Attorneys for Defendants
BOYD    GAMING    CORPORATION;
CANNERY HOTEL AND CASINO, LLC dba
CANNERY CASINO & HOTEL

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: _____May 27, 2026_____

**BRANDON | SMERBER**
LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964