**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.L., et al., | Case No. 2:26-cv-01310-CDS-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| Boyd Gaming Corporation, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion to proceed under pseudonyms. Docket No. 7. Defendants must respond to the complaint by June 30, 2026. Docket No. 13. Defendants must also file either a response or notice of non-opposition to the motion to proceed under pseudonyms by June 30, 2026.

IT IS SO ORDERED.

Dated: June 3, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1