**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.L., et al., | Case No. 2:26-cv-01310-CDS-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 22] |
| Boyd Gaming Corporation, et al., | |
| Defendant(s). | |

Plaintiffs bring this case based on allegations that they are victims of sex trafficking. *See* Docket No. 1. Pending before the Court is Plaintiffs' motion to proceed under pseudonyms. Docket No. 7. The Boyd Defendants filed a notice of non-opposition. Docket No. 22. Despite an order requiring that they file a response in opposition or a notice of non-opposition, Docket No. 15, Defendant Stations Casino has filed neither.[1] Having reviewed the motion, the Court finds Plaintiffs' arguments persuasive and agrees that they may proceed pseudonymously. *Cf. A.H. v. Wynn Las Vegas, LLC*, 2026 WL 673512, at *2 (D. Nev. Mar. 9, 2026). Accordingly, the Court **GRANTS** Plaintiffs' motion to proceed under pseudonyms.

IT IS SO ORDERED.

Dated: July 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Defendant Stations Casino is warned that it must comply with all orders moving forward.

1