MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
***E-Mail:*** ***service@the702firm.com***

NATHANIEL L. FOOTE, ESQ.
*(pro hac vice motion forthcoming)*
ASHLEY VENTRILLO, ESQ.
*(pro hac vice motion forthcoming)*
J. ALEXANDER MARCINKO, ESQ.
*(pro hac vice)*
**ANDREOZZI + FOOTE**
4503 North Front Street
Harrisburg, PA 17110
Telephone: (717) 525-9124
Facsimile: (717) 525-9143
***E-Mail:*** ***alex@vca.law***

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.L., and C.L.,<br><br>Plaintiff<br><br>v.<br><br>BOYD GAMING CORPORATION; CANNERY HOTEL AND CASINO, LLC d/b/a CANNERY CASINO & HOTEL; STATIONS CASINOS LLC d/b/a SANTA FE STATION HOTEL AND CASINO; and ROE CORPORATIONS I-X<br><br>Defendants | Case No.: 2:26-cv-01310-CDS-NJK<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT UNDER RULE 12(B)(6)**<br><br>[ECF No. 25] |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiffs M.L., and C.L., by and through their attorneys, MICHAEL C. KANE, ESQ., BRADLEY J. MYERS, ESQ., and JOEL

S. HENGSTLER, ESQ. of THE702FIRM and J. ALEXANDER MARCINKO, ESQ., of ANDREOZZI + FOOTE, Defendants, BOYD GAMING CORPORATION and CANNERY HOTEL AND CASINO, LLC d/b/a CANNERY CASINO & HOTEL, by and through their undersigned counsel of record, NEIL K. ROMAN, ESQ., and Defendant STATIONS CASINOS LLC d/b/a SANTA FE STATION HOTEL AND CASINO, by and through their undersigned counsel of record, JUSTIN W. SMERBER, ESQ, that the briefing schedule, regarding Defendants' respective Motions to Dismiss the Complaint under Rule 12(B)(6) will be modified. The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 30, 2026, Defendants Boyd Gaming Corporation and Cannery Hotel and Casino, LLC filed their Motion to Dismiss the Complaint under Rule 12(B)(6);

WHEREAS, on June 30, 2026, Defendant Stations Casinos, LLC d/b/a Santa Fe Station Hotel and Casino, filed their Motion to Dismiss the Complaint under Rule 12(B)(6);

WHEREAS Plaintiffs' oppositions to Defendants' respective Motions are currently due on July 14, 2026, and Plaintiffs requested additional time to prepare their oppositions to Defendants respective Motions and Defendants granted that request;

NOW, therefore, the parties hereby STIPULATE that Plaintiffs' Opposition to Defendants Boyd Gaming Corporation and Cannery Hotel and Casino, LLC's Motion to Dismiss the Complaint under Rule 12(B)(6) and Plaintiffs' Opposition to Defendant Stations Casinos, LLC d/b/a Santa Fe Station Hotel and Casino's Motion to Dismiss the Complaint under Rule 12(B)(6) will be due **July 21, 2026**, and Defendants' Replies will be due **August 4, 2026**.

**IT IS SO STIPULATED**.

DATED this 14th day of July, 2026.



THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

| | |
|---|---|
| **THE702FIRM**<br><br>*/s/ Michael Kane*<br>_______________________<br>MICHAEL C. KANE, ESQ.<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>8335 West Flamingo Road<br>Las Vegas, NV 89147<br>Tel.: (702) 776-3333<br>Fax: (702) 505-9787<br>mckteam@the702firm.com<br><br>**ANDREOZZI + FOOTE**<br><br>J. ALEXANDER MARCINKO, ESQ.<br>*(pro hac vice)*<br>NATHANIEL L. FOOTE, ESQ.<br>*(pro hac vice motion forthcoming)*<br>ASHLEY VENTRILLO, ESQ.<br>*(pro hac vice motion forthcoming)*<br>4503 North Front Street<br>Harrisburg, PA 17110<br>Telephone: (717) 525-9124<br>Facsimile: (717) 525-9143<br>***E-Mail:*** ***alex@vca.law***<br><br>*Attorneys for Plaintiff* | **Covington & Burling, LLP**<br><br>*/s/ Neil K. Roman*<br>_______________________<br>NEIL K. ROMAN<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>202-662-5135<br>Fax: 202-778-5135<br>Email: nroman@cov.com<br><br>*Attorneys for Defendants Boyd Gaming Corporation and Cannery Hotel and Casino, LLC d/b/a Cannery Casino & Hotel*<br><br>**Brandon Smerber Law Firm**<br><br>*/s/ Justin W. Smerber*<br>_______________________<br>JUSTIN W. SMERBER<br>139 East Warm Springs Road<br>Las Vegas, NV 89119<br>702-380-0007<br>Fax: 702-380-2964<br>Email: j.smerber@bsnv.law<br><br>*Attorneys for Defendant Stations Casinos, LLC d/b/a Santa Fe Station Hotel and Casino* |

**ORDER**

IT IS SO ORDERED. The stipulation is approved nunc pro tunc to July 14, 2026.

Dated: July 16, 2026

_______________________
UNITED STATES DISTRICT JUDGE



THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333