**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

M.L., et al.,

Plaintiff(s),

v.

Boyd Gaming Corporation, et al.,

Defendant(s).

Case No. 2:26-cv-01310-CDS-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by August 26, 2026.

IT IS SO ORDERED.

Dated: August 19, 2026

Nancy J. Koppe
United States Magistrate Judge