**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

M.L., et al.,

Plaintiff(s),

v.

Boyd Gaming Corporation, et al.,

Defendant(s).

Case No. 2:26-cv-01310-CDS-NJK

**Order**

[Docket No. 42]

Pending before the Court is a stipulation to stay discovery pending resolution of motions to dismiss. Docket No. 42. Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds a stay of discovery to be warranted. Accordingly, the Court **GRANTS** the stipulation to stay discovery. While the stay is in place, the parties shall not serve initial disclosures, party discovery, or non-party subpoenas. If resolution of the pending motions to dismiss does not result in termination of this proceeding, then a joint discovery plan must be filed within 14 days of the issuance of that order.

IT IS SO ORDERED.

Dated: September 9, 2026

Nancy J. Koppe
United States Magistrate Judge