Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

Neil K. Roman (admitted *pro hac vice*)
nroman@cov.com
Edward H. Rippey (admitted *pro hac vice*)
erippey@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

Amanda Kramer (admitted *pro hac vice*)
akramer@cov.com
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
Telephone: (212) 841-1000

*Attorneys for Defendants*
*Boyd Gaming Corporation*
*Cannery Hotel and Casino, LLC d/b/a Cannery Casino & Hotel*

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

M.L, and C.L.

Plaintiffs,

v.

BOYD GAMING CORPORATION; CANNERY HOTEL AND CASINO, LLC d/b/a CANNERY CASINO & HOTEL; STATION CASINOS LLC d/b/a SANTA FE STATION HOTEL AND CASINO; and ROE CORPORATIONS I-X,

Defendants.

Case No.: 2:26-cv-01310-CDS-NJK

**MOTION TO WITHDRAW EMILY A. BUCHWALD, ESQ. AS COUNSEL OF RECORD**

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

REQUEST IS HEREBY MADE THAT Emily A. Buchwald, Esq., formerly with the law firm of Pisanelli Bice PLLC, be removed from the service list in this case. Notices should no longer be sent to the following email: eab@pisanellibice.com.

This Motion is made pursuant to Local Rule IA 11-6(b). Defendants BOYD GAMING CORPORATION and CANNERY HOTEL AND CASINO, LLC d/b/a CANNERY CASINO & HOTEL still represented in this action by Todd L. Bice, Esq. of PISANELLI BICE PLLC and Neil K. Roman, Esq., Edward H. Rippey, Esq., and Amanda Kramer, Esq. of COVINGTON & BURLING LLP. As such, the proposed withdrawal of Ms. Buchwald will not result in any delays in litigating this action. Notice of the proposed withdrawal of Mr. Buchwald is being provided to all counsel through this filing.

Accordingly, Ms. Buchwald can be removed from the service list for the above-entitled case.

DATED this 6th day of October, 2026.

PISANELLI BICE PLLC

By: *<u>/s/ Todd L. Bice</u>*
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

Neil K. Roman (admitted *pro hac vice*)
Edward H. Rippey (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

Amanda Kramer (admitted *pro hac vice*)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001

*Attorneys for Defendants*
*Boyd Gaming Corporation*
*Cannery Hotel and Casino, LLC d/b/a*
*Cannery Casino & Hotel*

IT IS SO ORDERED.
Dated: October 7, 2026
.
.



Nancy J. Koppe
United States Magistrate Judge